IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: | Bk. No. 05-50837 / Adv. No. 06-04274 |
| EDWARD R. SZWYD, | Chapter 7 |
| Debtor. | |
| UNITED STATES OF AMERICA, | Civil No. 3:11-cv-30083-MAP |
| Appellant, | |
| v. | Judge: Ponsor |
| JACK E. HOUGHTON, JR., CHAPTER 7 TRUSTEE, | (Related Case: No. 08-cv-30194-MAP) |
| Appellee. | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

It is hereby ORDERED and ADJUDGED that the orders of the Bankruptcy Court of February 15, 2011, granting summary judgment in favor of appellee Trustee and denying summary judgment against appellant United States of America, are AFFIRMED based on the opinion of that court and on the prior decision of this Court in No. 08-cv-30194-MAP. Judgment is entered without prejudice to appeal to the Court of Appeals for the First Circuit. Each party shall bear its own costs and expenses of the appeal to this Court (which is not intended to preclude the Trustee's counsel from applying for compensation from the bankruptcy estate under 11 U.S.C. § 330, including through the application of 11 U.S.C. § 724).

SARAH A. THORNTON
CLERK OF COURT

Dated: April 14, 2011

By _____
Deputy Clerk